UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KINSALE INSURANCE COMPANY, an
Arkansas corporation,

Plaintiff,

vs.

PARKWAY VILLAS OWNERS
ASSOCIATION; MARIO JAVIER MEX-
REDONDO; CARLOS HUMBERTO NEGRON
LOPEZ, individually and as Special
Administrator of the ESTATE OF JUAN
CARLOS NEGRON MEX, Deceased; and
NEVADA COMMUNITY MANAGEMENT,
LLC, a Domestic Limited-Liability Company,

Defendants.

Case No.  2:26-cv-01685-CDS-NJK

**ORDER GRANTING
STIPULATION TO EXTEND TIME TO
RESPOND**

**(First Request)**

Pursuant to LR IA 6-1, Defendants MARIO JAVIER MEX-REDONDO; CARLOS HUMBERTO NEGRON LOPEZ, individually and as Special Administrator of the ESTATE OF JUAN CARLOS NEGRON MEX, Deceased (collectively, "Defendants"), by and through their attorneys, the law firm BAILEY❖KENNEDY, and Plaintiff KINSALE INSURANCE COMPANY ("Plaintiff"), by and through its attorneys, the law firms NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN, LLP and BREMER WHYTE BROWN & O'MEARA, LLP,

Page **1** of **3**

respectfully submit the following stipulation and order to extend the deadline for Defendants to respond to the Complaint in this case to **July 29, 2026**:

1. Defendant CARLOS HUMBERTO NEGRON LOPEZ, individually and as Special Administrator of the ESTATE OF JUAN CARLOS NEGRON MEX, Deceased, was served with the Complaint on June 14, 2026, making his deadline to respond as July 6, 2026.

2. Defendant MARIO JAVIER MEX-REDONDO was served with the Complaint on June 17, 2026, making his deadline to respond as July 8, 2026.

3. The parties have conferred and agreed that Defendants shall have up to and including July 29, 2026 (representing 23-day and 21-day extensions, respectively) to respond to the Complaint.

4. This extension is requested in good faith to allow Defendants additional time to investigate the allegations, evaluate the claims, and prepare an appropriate response. This request is not made for the purpose of undue delay or to prejudice Plaintiff.

5. This is the first stipulation to extend Defendants' time to respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court extend Defendants' deadline to respond to the Complaint through July 29, 2026.

IT IS SO STIPULATED.

Date: July 6, 2026

**BAILEY❖KENNEDY**

By: /s/ Joe A. Morgan
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
JOE A. MORGAN
Nevada Bar No. 16937
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
*Attorneys for Defendants*
*Mario Javier Mex-Redondo; Carlos*
*Humberto Negron Lopez, individually and as*
*Special Administrator of the Estate of Juan*
*Carlos Negron Mex, Deceased*

Dated: July 6, 2026

**NICOLAIDES FINK THORPE**
**MICHAELIDES SULLIVAN LLP**

By: /s/ Timothy P. Kitt
PATRICIA A. DAZA-LUU
(Pro Hac Vice Pending)
TIMOTHY P. KITT (SBN: 11828)
KARINA J. SILVA
(Pro Hac Vice Pending)
777 South Figueroa Street, Ste. 750
Los Angeles, CA 90017

-and

JEFFREY W. SAAB (SBN: 11261)
BREMER WHYTE BROWN &
O'MEARA, LLP
1160 N. Town Center Drive, Ste. 250
Las Vegas, NV 89144
*Attorneys for Plaintiff KINSALE*
*INSURANCE COMPANY*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2026 _____

Page **3** of **3**